278 PERROTT (Justice of the Peace) vs. PIERCE (Pros. Atty.), 75 M., 578.

To compel respondent to appear before relator and conduct a prosecution for an assault and battery, committed within the corporate limits of Bay City.

Denied June 28, 1889, on the ground that the Legislature had, by Sec. 161, of Act No. 435, Local Acts of 1887, vested in the Police Court of said City original and exclusive jurisdiction in the class of cases of which assault and battery is one, and that it was competent for the Legislature so to do.

279 BURRITT (Pros. Attorney) vs. CIRCUIT JUDGE (Clare), No. 11730½.

To compel respondent to vacate an order directing relator to file an information against a party who had been held for trial in the Circuit Court, upon a charge of taking and carrying away from inside the railing at an election booth, pending an election, a number of official ballots.

Order to show cause denied January 13, 1891.

280 STEELE vs. CIRCUIT JUDGE (Ionia), No. 12884½.

To quash a conviction and discharge the prisoner.

Order to show cause denied June 15, 1892.

Respondent had been convicted of simple larceny, and on appeal to the Circuit, moved to quash and for his discharge, on the ground that after the jury list had been struck and agreed upon, the justice had, in the absence of the prisoner, excused two of the jurors who had been agreed upon.